# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 22-cr-365 |
| **v.** : | |
| : | |
| **BRIAN PATRICK MIGLIORE,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Andy Wang, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Andy Wang*
Andy Wang
Assistant United States Attorney
DC Bar # 1034325
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7241
Andy.Wang@usdoj.gov